*a cc*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL ALEXANDER WRIGHT,<br>　aka br.joelw@gmail.com,<br><br>　　　　　　Defendant. | Case No. **'16CR0354 DMS**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 2241(c) – Aggravated Sexual Abuse;<br>Title 18, U.S.C., Sec. 2423(b) and (e) – Travel with Intent to Engage in Illicit Sexual Conduct;<br>Title 18, U.S.C., Secs. 2253(a)(1) and (3) and 2428 – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about January 29, 2016, within the Southern District of California, and elsewhere, defendant JOEL ALEXANDER WRIGHT, aka br.joelw@gmail.com, did cross state lines with intent to engage in a sexual act (as defined by 18 U.S.C. §2246(2)) with a person who had not attained the age of 12 years; in violation of Title 18, United States Code, Section 2241(c).

//

//

APS:nlv:San Diego
2/22/16

Count 2

On or about January 29, 2016, within the Southern District of California, and elsewhere, defendant JOEL ALEXANDER WRIGHT, aka br.joelw@gmail.com, a United States citizen, did travel and did attempt to travel in interstate and foreign commerce, to wit: from Ohio to California and Mexico, for the purpose of engaging in any illicit sexual conduct (as defined by 18 U.S.C. §2423(f)) with another person; in violation of Title 18, United States Code, Section 2423(b) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2253(a) and 2428.

2. Upon conviction of the offense alleged in Count 1 which involves violation of Title 18, United States Code, Section 2241(c), defendant JOEL ALEXANDER WRIGHT, aka br.joelw@gmail.com, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title and interest in:

    a. any property, real or personal, constituting or traceable to gross profits of the offense; and

    b. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including but not limited to:

        i. One (1) Casio cell phone Model # C751, Serial CVIZ0089204;

    ii. One (1) Black flip phone (approx. 3" long and 2" wide) found on the person of Joel Wright on January 29, 2016;

 3. Upon conviction of the offense alleged in Count 2 of this Indictment which involve violation of Title 18, United States Code, Section 2423(b), defendant JOEL ALEXANDER WRIGHT, aka br.joelw@gmail.com, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2428, all right, title and interest in:

    a. any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations; and

    b. any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the violations.

 The properties to be forfeited include but are not limited to:

    i. One (1) Casio cell phone Model # C751, Serial CVIZ0089204;

    ii. One (1) Black flip phone (approx. 3" long and 2" wide) found on the person of Joel Wright on January 29, 2016;

 4. If any of the forfeitable property described above in Paragraphs 2 and 3, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2253(b) and 2428, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraphs 2 and 3.

All pursuant to Title 18, United States Code, Sections 2253(a)(1) and (3) – not [handwritten annotation] and 2428.

DATED: February 23, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney

4