FILED

APR 1 3 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOEL ALEXANDER WRIGHT,<br>Aka br.joelw@gmail.com<br>                    Defendant. | Case No. _16cr0354-DMS_____<br><br>I N F O R M A T I O N<br>**(superseding)**<br>Title 18, U.S.C., §2422(b) – Attempted Enticement of a Minor |

The United States Attorney charges:

On or about November 1, 2015 and continuing through on or about January 29, 2016, within the Southern District of California and elsewhere, defendant JOEL ALEXANDER WRIGHT, aka br.joelw@gmail.com, using any facility and means of interstate and foreign commerce, including the mail, telephone and by computer, did knowingly attempt to persuade, induce, entice, and coerce, an individual whom he believed was under the age of 18 to engage in any sexual activity for which any person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

Dated: April 25, 2016

LAURA E. DUFFY
United States Attorney

_____
ALESSANDRA P. SERANO
Assistant U.S. Attorney