April 3, 2020

Judge Dana Sabraw
Southern District Court of California
221 West Broadway
San Diego CA 92101

**FILED**
Apr 08 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         s/ ArianaF         DEPUTY

NUNC PRO TUNC
4/6/2020

RE: Joel Alexander Wright 51993-298
CASE #: 16CR0354-DMS

Dear Your Honorable Judge Sabraw:

I am writing to you as a friend of the court concerning my son, Joel Alexander Wright. I would like to request he be released to home confinement because of his Asthma and pre-existing conditions making him vulnerable to the outbreak of COVID 19 virus in the prison population. Social distancing is not an option. Joel is totally blind now and needs personal assistance to get around. This makes him even more vulnerable for the COVID 19 virus than the rest having to rely on others to meet his needs. With his condition he poses no threat. Being totally blind is punishment of itself, let alone being in prison.

Joel is at FCI Danbury Connecticut, a hot zone according to the BOP site, with 15 inmates and 4 staff testing positive for the virus. Presently he is being quarantined as we speak. Additionally, a COVID 19 outbreak would most probably result in the death of my only son which would be devastating.

This is where I'd like to request your help, I am appealing to you to have Joel be released to home confinement due to his Asthma, Blindness and other medical conditions. I'll be responsible to help him meet his needs.

Thank you for taking the time to read my letter and proceed with the necessary steps to release him to home confinement.

Sincerely,

Teresa Poquette
Teresa Poquette

Teresa Poquette
21 Ferry Road
South Hero VT 05486


CERTIFIED MAIL
7019 0140 0000 2297 4574

 1000
 92101

U.S. POSTAGE PAID
FCM LETTER
SOUTH HERO, VT
05486
APR 03, 20
AMOUNT
**$6.95**
R2305K135141-03


APR 06 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**RECEIVED**

Judge Dana Sabraw
Southern District Court of California
221 West Broadway
San Diego CA 92101

9210186974 C037