**CHANDRA L. PETERSON**
California State Bar No. 306935
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chandra_Peterson@fd.org

Attorneys for MR. WRIGHT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 16-CR-0354-DMS |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR ORDER TO EXCEED PAGE LIMIT** |
| JOEL WRIGHT, | |
| Defendant. | |

TO: ROBERT S. BREWER, JR., UNITED STATES ATTORNEY, AND ALESSANDRA P SERANO, ASSISTANT UNITED STATES ATTORNEY:

Defendant Joel Wright by and through counsel, Chandra L. Peterson and Federal Defenders of San Diego, Inc., hereby moves this Court for an order to allow him to file his Motion to Reduce Sentence in excess of 25 pages due to the instant case presents significant and numerous issues of law that must be addressed by the Court. The case also involves a lengthy series of facts that must be set forth to give the arguments context and a factual basis in the record.

Respectfully submitted,

Dated: September 16, 2020      *s/ Chandra L. Peterson*
Federal Defenders of San Diego, Inc.
Attorneys for MR. WRIGHT
Email: Chandra_Peterson@fd.org