# Exhibit AA

CHANDRA L. PETERSON
California State Bar No. 306935
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chandra_Peterson@fd.org

Attorneys for JOEL WRIGHT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 16CR0354-DMS |
| Plaintiff, | |
| v. | DECLARATION OF GREGORY MURPHY |
| JOEL WRIGHT, | |
| Defendant. | |

I, Gregory Murphy, declare, under the penalty of perjury, the follow is true and accurate to the best of my knowledge.

1) I was employed with Federal Defenders of San Diego from October 2006 to April 2017.
2) During my employment at Federal Defenders, I was appointed to represent Mr. Wright.
3) When I first met him, Mr. Wright had very limited sight, but he was able to see some things.
4) He would hold up paper close to his face so he could read what was on it.
5) After Mr. Wright was transferred to GEO, he stopped receiving the treatment he needed for his glaucoma.
6) Mr. Wright's vision deteriorated significantly while he was in custody.
7) By the time Mr. Wright reached sentencing, he was completely blind and

could no longer read any documents.

Signed in Seattle, Washington, on October 9, 2020.

DATED: 10/9/2020

Gregory Murphy

# Exhibit BB

# (Under Seal)