ORIGINAL

FILED
AUG 18 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　TU　　DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | Case No.: 16-CR-354-DMS |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL AND FOR ASSOCIATED RELIEF** |
| JOEL WRIGHT, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the defendant's unopposed motion to seal and for associated relief is **GRANTED**.

The clerk will file under seal the unopposed motion to seal; the government's unredacted response in opposition to compassionate release (docket number 60); and the unredacted order denying the defendant's motion for compassionate release (docket number 65).

The clerk shall publically file the proposed redacted response in opposition to compassionate release and the proposed redacted order denying the defendant's motion for compassionate release, which were submitted in connection with the defendant's unopposed motion to seal and for associated relief.

Legal research service providers, including but not limited to LexisNexis and Westlaw, shall remove from their databases the unredacted response in opposition

16-CR-354-DMS

to compassionate release (docket number 60) and the unredacted order denying the motion for compassionate release (docket number 65).

The Court shall email this order from a court email address to LexisNexis at Source.Acquistion@lexisnexis.com or fax it on court letterhead to LexisNexis at Legal Data Collection, (937) 865-1923.

**SO ORDERED**

Dated: 8-18-21

HONORABLE DANA M. SABRAW
United States District Judge

16-CR-354-DMS